**E-FILED on**    9/30/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA RIANDA, et al., | No. C-04-02668 RMW |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION TO WAIVE PACER FEES |
| v. | |
| OLIN CORPORATION, et al., | **[No Docket Number]** |
| Defendants. | |

On December 17, 2004 Belinda Rianda filed a motion asking the court to waive her PACER fees. The court denies the motion without prejudice. Rianda may re-file the motion and submit concrete proof that using PACER is a financial burden.

DATED:    9/30/05            /s/ Ronald M. Whyte
                              RONALD M. WHYTE
                              United States District Judge

ORDER DENYING WITHOUT PREJUDICE MOTION TO WAIVE PACER FEES—C-04-02668 RMW
DOH

| | |
|---|---|
| 1 | **Notice of this document has been mailed and electronically sent to:** |
| 2 | **Counsel for Plaintiff(s):** |
| 3 | Belinda Rianda |
|   | 15635 Via Castana |
| 4 | Morgan Hill, CA 95037 |
| 5 | |
|   | **Counsel for Defendant(s):** |
| 6 | |
|   | Carol A. Rutter, Esq.      carol.rutter@husch.com |
| 7 | Randall C. Creech          rcreech@sjlegal.com |
|   | Diane Terese Gorczyca diane.gorczyca@sdma.com |
| 8 | |
| 9 | |
| 10 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program. |

**Dated:**      9/30/05                              DOH
                                                **Chambers of Judge Whyte**

ORDER DENYING WITHOUT PREJUDICE MOTION TO WAIVE PACER FEES—C-04-02668 RMW
DOH                                                          2